IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:   HERBERT ALLEN NELSON and            Case No:   6:04-bk-71579 B
         CHARITY LYN NELSON

O R D E R

The Court finds that this case was filed on March 05, 2004, and was confirmed on May 06, 2004. The Court further finds that the claim filed by CITIFINANCIAL MORTGAGE COMPANY has been paid a total of $31,089.50.

IT IS ORDERED, that this claim be allowed in the sum of $31,089.50, that the balance of the claim be released from the plan with future payments to be made directly by the debtor beginning June 1, 2008 (Trustee to make May 08 pmt) on account number 5000553561.

IT IS SO ORDERED.

Dated:  05/02/2008                          /s/   BEN T. BARRY
                                            _____
                                            U. S. Bankruptcy Judge
                                            BEN T. BARRY

cc:   Joyce Babin, Trustee

      Citifinancial Mortgage Company
      P O Box 140609
      Irving, Tx  75014

      Kathy A Cruz (Ach)
      1325 Central Avenue
      Hot Springs, Ar  71901

      Herbert Allen Nelson and
      Charity Lyn Nelson
      1431 Mcclendon Rd
      Hot Springs, Ar  71901

Trustee's Claim No:  1            //CH